# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

```
JOHNNIE LEONARD ODUM,            )
                                 )
     Plaintiff,                  )
                                 )
v.                               )     Case No. CV406-248
                                 )
BRYAN COUNTY, BRYAN COUNTY       )
SHERIFF'S DEPT., BRYAN COUNTY    )
JAIL, BRYAN COUNTY PUBLIC        )
DEFENDER'S OFFICE, and           )
OGEECHEE CIRCUIT PUBLIC          )
DEFENDER'S OFFICE,               )
                                 )
     Defendants.                 )
```

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27th day of November, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA